# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ERIC SCOTT NEFF AND NAOMA D. NEFF, | : | No. 163 WAL 2020 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
| LUCILLE J. ONTKO AND CITIBANK, | : | |
| NATIONAL ASSOCIATION, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.